**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 25-6567**

─────────

GENUINE TRUTH BANNER,

       Plaintiff - Appellant,

   v.

DENNIS PATTERSON; JOEL ANDERSON; BRANDON BYRD; STEPHANIE
SKEWES; JOSEPH STINES; STACEY RICHARDSON; JANA HOLLIS; MRS.
MACKEY; AUDREY DANIELS-MOORE; TERRIE WALLACE; ASSOCIATE
WARDEN JOSEPH CANNING III; FELECIA MCKIE; MRS. SNOW; MRS.
SYLVIA ROBERTS; JOHN DOE #4; LASHAWN PEOPLES; ESTHER
LABRADOR; BRIAN STERLING; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS,

       Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Joseph Dawson, III, District Judge.  (6:24-cv-05147-JD)

─────────

Submitted:  February 19, 2026           Decided:  February  24, 2026

─────────

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Genuine Truth Banner, Appellant Pro Se.  David Cornwell Holler, SMITH ROBINSON
HOLLER DUBOSE & MORGAN, LLC, Sumter, South Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Genuine Truth Banner appeals the district court's order adopting the magistrate judge's recommendation to dismiss, on 28 U.S.C. § 1915A review, Banner's 42 U.S.C. § 1983 action. Limiting our review of the record to the issues raised in Banner's informal brief, *see* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we find no reversible error. Accordingly, we affirm the district court's order. *Banner v. Patterson*, No. 6:24-cv-05147-JD (D.S.C. June 12, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*